# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Donald E. Walter | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 09 C 243 | **DATE** | 4/24/2012 |
| **CASE TITLE** | Allen vs. City of Chicago, Treasurer's Office | | |

**DOCKET ENTRY TEXT**

Hearing held on objections to exhibits and witnesses. The rulings on the objections are set out below. All matters relating to the referral of this matter having been concluded, the referral is closed and the case returned to the assigned judge.

■ [ For further details see text below.]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:05

**STATEMENT**

## Exhibit Rulings

| EXHIBIT NUMBER | RULING ON OBJECTION |
|---|---|
| Plaintiff's Exhibit 5 | Exhibit withdrawn |
| Plaintiff's Exhibit 6 | Objection withdrawn |
| Plaintiff's Exhibit 10 | Relevance objection overruled without prejudice to renewing objection at trial |
| Plaintiff's Exhibit 16 | Hearsay objection overruled; defendant may propose a limiting instruction |
| Plaintiff's Exhibit 20 | Handwriting will be redacted |
| Plaintiff's Exhibit 25 | Objection withdrawn based on redactions. |
| Plaintiff's Exhibit 34 | Relevance objection overruled without prejudice to renewing objection at trial. |
| Plaintiff's Exhibit 38 | Relevance objection overruled without prejudice to renewing objection at trial. Plaintiff will remove confidential information from |

**STATEMENT**

| | |
|---|---|
| | final exhibit. |
| Plaintiff's Exhibit 47 | Relevance objection overruled without prejudice to renewing objection at trial. |
| Plaintiff's Exhibit 52 | Exhibit withdrawn |
| Plaintiff's Exhibit 59 | Relevance objection overruled without prejudice to renewing objection at trial.<br>Foundation objection : Overruled |
| Plaintiff's Exhibit 66 | Relevance objection overruled without prejudice to renewing objection at trial.<br>Hearsay objection: Sustained as to document bates numbered D 9942 |
| Plaintiff's Exhibit 67 | Relevance objection overruled without prejudice to renewing objection at trial.<br>Hearsay objection sustained to D201 |
| Plaintiff's Exhibit 68 | Relevance objection overruled without prejudice to renewing objection at trial. |
| Defendant's Exhibit 2 | Plaintiff will prepare and submit a complete copy of the City of Chicago Personnel Rules as Plaintiff's |
| Exhibit 69 | Defendant may use Defendant's Exhibits 2 and 3 as Excerpts from those rules.<br>Relevance objection overruled without prejudice to renewing objection at trial.<br>To the extent that plaintiff believes the Rules are contrary to law, plaintiff may request a limiting instruction informing the jury that the judge will instruct the jury on the law. |
| Defendant's Exhibit 3 | Same ruling as for Defendant's Exhibit 2. |
| Defendant's Exhibit 7 | Relevance objection: Overruled<br>Foundation objection: Overruled |
| Defendant's Exhibit 8 | Group Nature: Overruled<br>Hearsay: Overruled<br>Objection based on redactions is withdrawn because defendant submits unredacted exhibit.<br>Parties will comply with ruling on motion in limine barring reference to Mr. Whitner's ADA lawsuit against the City. |

| | **STATEMENT** |
|---|---|
| Defendant's Exhibit 9 | Relevance objection: Overruled.<br>Foundation objection: Overruled provided that witness Stephanie Neely will authenticate the highlighting.<br>Plaintiff may request a limiting instruction on highlighting. |
| Defendant's Exhibit 10 | Relevance objection overruled without prejudice to renewing objection at trial |
| Defendant's Exhibit 12 | Relevance objection overruled without prejudice to renewing objection at trial<br>Personal Knowledge objection: Overruled. |
| Defendant's Exhibit 13 | Relevance objection overruled without prejudice to renewing objection at trial : Parties agree to eliminate all irrelevant e-mail messages from the exhibits. |
| Defendant's Exhibit 14 | Relevance objection overruled without prejudice to renewing objection at trial .<br>Parties will discuss all e-mail exhibits |
| Defendant's Exhibit 15 | Relevance: Overruled w/o prejudice- trial judge instruct on law.<br>Defendant will submit unredacted exhibit. |
| Defendant's Exhibit 16 | Relevance objection overruled without prejudice to renewing objection at trial : Parties agree to eliminate all irrelevant e-mail messages from the exhibits. |
| Defendant's Exhibit 17 | Relevance objection overruled without prejudice to renewing objection at trial : Parties agree to eliminate all irrelevant e-mail messages from the exhibits. |
| Defendant's Exhibit 28 | Relevance objection overruled without prejudice to renewing objection at trial. |

## Witness Rulings

The parties have set out their positions on witnesses in their Joint Status Report. [Dkt 144.]

Plaintiff has no objections to Defendant's witnesses.

Defendant has no objections to Plaintiff's "will call" witnesses.

Defendant's objections to Plaintiff's "may call" witnesses are ruled upon as follows:

Defendant's objections to certain witnesses on the basis that the witness's testimony would be cumulative are

| |
|---|
| **STATEMENT** |

overruled without prejudice to renewing that objection if and when the witness is called at trial.

Defendant's objection Gwendolyn Dunbar is overruled; however, Plaintiff's questioning of Ms. Dunbar shall comply with the ruling on Motion in Limine # 6.

Defendant's objection to Frank Bello on the ground that his testimony would be hearsay is overruled without prejudice to any hearsay objections Defendant may make at trial.

Defendant's objection to Anthony Spraggin is overruled; however, Plaintiff's questioning of Mr. Spraggin shall comply with the ruling on Motion in Limine #7. The parties shall continue to discuss whether a stipulation can be reached to make Mr. Spraggin's testimony unnecessary.

Defendant's objection to Robert Keller is sustained. Mr. Keller's proposed testimony is barred by the ruling on Motion in Limine #7, and Plaintiff may not call him to testify at the trial.